# Court of Appeals
# of the State of Georgia

ATLANTA, _October 15, 2021_

*The Court of Appeals hereby passes the following order:*

## A22A0391. DEWELL WAYNE HAMMITT v. THE STATE.

A jury found Dewell Wayne Hammitt guilty of terroristic threats, simple battery, and family violence battery, and Hammitt filed a motion for new trial. The trial court denied the motion on August 19, 2021, and Hammitt filed his notice of appeal on September 21, 2021. We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995) (emphasis in original). Here, Hammitt filed his notice of appeal 33 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

> Because Hammitt is represented by counsel, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876:
>
> This appeal has been dismissed because you failed to file a proper and timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Hammitt and to Hammitt's attorney, and the latter also is DIRECTED to send a copy to Hammitt.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  *10/15/2021*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*